IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17CV491

| | |
|---|---|
| ROBERT BERG and JILL BERG, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JAMES MURRATTI, TINA MURRATTI, ) | |
| And CHERYL GONZALEZ, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court upon the *pro se* Plaintiffs' Motion for Temporary Restraining Order, filed August 16, 2017. No brief was filed in support of the motion. To succeed on a motion for a temporary restraining order or a preliminary injunction, the movant "must establish [1] that he is likely to succeed on the merits, [2] that he is likely to suffer irreparable harm in the absence of preliminary relief, [3] that the balance of equities tips in his favor, and [4] that an injunction is in the public interest." *Winter v. Natural Resources Defense Council, Inc.,* 555 U.S. 7, 20 (2008). The Plaintiffs herein have failed to make such a showing in their two sentence Motion. Accordingly, the Court will convert the Motion to one for a Preliminary Injunction. Plaintiffs are directed to file a brief in support of their Motion pursuant to Local Rule 7.1(C). Once the Defendants have been served and have had an opportunity to respond, the Court will either schedule a hearing on the motion or proceed to decide the matter.

IT IS THEREFORE ORDERED THAT Plaintiffs' Motion for Temporary Restraining Order is hereby converted into a Motion for Preliminary Injunction and

Plaintiffs are directed to file a brief in support of their motion in accordance with Local Rule 7.1(C).

Signed: August 17, 2017

Graham C. Mullen
United States District Judge