# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jill Berg<br>Robert Berg**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00491-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Cheryl Gonzalez<br>James Murratti<br>Tina Murratti**,**<br>Defendant(s). | )<br><br><br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 13, 2017 Order.

    November 13, 2017

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court